FILED
MAY 03 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11cr4358-GT-1 |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |
| SERGIO ROCHA-MILLAN, | |
| Defendant. | |

For good cause shown, **IT IS HEREBY ORDERED** that the Sentencing Hearing set for May 4, 2012 at 9:30 a.m., be continued to May 18, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 5-3-12

HONORABLE GORDON THOMPSON, JR.
United States District Judge